**U.S. Department of Justice**
*United States Attorney*
*Eastern District of New York*
Mailing Address: 271 Cadman plaza East
Brooklyn, New York 11201

---

October 27, 2009

Honorable Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Zafar v. Holder, et al.
CV 09-3315

Dear Judge Amon:

In this action, petitioner, who is seeking to be naturalized, has asked that he be scheduled for a naturalization interview. This letter is written to inform the Court that petitioner has now been scheduled for such an interview. See attached. Accordingly, it is respectfully requested that this action be dismissed as moot.

Thank you for your consideration in this matter.

Respectfully submitted,

BENTON J. CAMPBELL
UNITED STATES ATTORNEY

By: /s/ Scott Dunn
Scott Dunn*
Asst U.S. Attorney
(718) 254-6029
Prepared in part by:
    Nigar Djalilova
    Amanda Wiss

cc
Mitchell C. Zwaik
3900 Veterans Hwy, Suite 120
Bohemia, New York 11716

*Handwritten note (dated 10/30/09):* The Court contacted counsel for petitioner who agrees the action is moot. Accordingly, the case is dismissed and the Clerk of the Court is directed to close the case. So Ordered.

/Signed by Judge Amon/